# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARLOTTE KOKOCINSKI, derivatively on behalf of MEDTRONIC, INC., | Civil No. 12-0633 (JRT/JJG) |
| Plaintiff, | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, GARY ELLIS, RICHARD H. ANDERSON, DAVID CALHOUN, VICTOR J. DZAU, SHIRLY ANN JACKSON, JAMES T. LENEHAN, DENISE M. O'LEARY, KENDALL J. POWELL, ROBERT C. POZEN, JEAN-PIERRE ROSSO, JACK W. SCHULER, MICHAEL R. BONSIGNORE, GORDON M. SPRENGER, WILLIAM R. BRODY, and OMAR ISHRAK, | |
| Defendants, | |
| - and - | |
| MEDTRONIC, INC., | |
| Nominal Defendant. | |

Defendants Arthur D. Collins, Jr., William A. Hawkins, Gary Ellis, Richard H. Anderson, David Calhoun, Victor J. Dzau, Shirley Ann Jackson, James T. Lenehan, Denise M. O'Leary, Kendall J. Powell, Robert C. Pozen, Jean-Pierre Rosso, Jack W. Schuler, Michael R. Bonsignore, Gordon M. Sprenger, William R. Brody, and Omar Ishrak hereby move the Court for an Order dismissing all of the claims asserted against

them with prejudice under Fed. R. Civ. P. 12(b)(6).  This motion is based on the attached Memorandum of Law and all records and proceedings filed herein.

Dated:  June 13, 2014					DORSEY & WHITNEY LLP

By   s/ Peter W. Carter
   Peter W. Carter (#0227985)
   carter.peter@dorsey.com
   Michelle S. Grant (#0311170)
   grant.michelle@dorsey.com
   Kristin K. Zinsmaster (#0391299)
   zinsmaster.kristin@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 340-2600

*Attorneys for Defendants Arthur D. Collins, Jr., William A. Hawkins, Gary Ellis, Richard H. Anderson, David Calhoun, Victor J. Dzau, Shirley Ann Jackson, James T. Lenehan, Denise M. O'Leary, Kendall J. Powell, Robert C. Pozen, Jean-Pierre Rosso, Jack W. Schuler, Michael R. Bonsignore, Gordon M. Sprenger, William R. Brody, and Omar Ishrak*