# UNITED STATES DISTRICT COURT
## District of Minnesota

CHARLOTTE KOKOCINSKI, derivatively on behalf of Medtronic, Inc.,

                    Plaintiff,

v.

ARTHUR D. COLLINS JR.; WILLIAM A. HAWKINS; GARY ELLIS; RICHARD H. ANDERSON; DAVID CALHOUN; VICTOR J. DZAU; SHIRLY ANN JACKSON; JAMES T. LENEHAN; DENISE M. O'LEARY; KENDALL J. POWELL; ROBERT C. POZEN; JEAN-PIERRE ROSSO; JACK W. SCHULER; MICHAEL R. BONSIGNORE; GORDON M. SPRENGER; WILLIAM R. BRODY; OMAR ISHRAK; and MEDTRONIC, INC.,

                    Defendants,

SPECIAL LITIGATION COMMITTEE,

                    Movant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-cv-633 (JRT/HB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Special Litigation Committees Motion to Dismiss and for Approval [Docket No. 61] is GRANTED.

2. The Individual Defendants' Motion to Dismiss [Docket No. 69] is GRANTED.

3. Medtronic, Inc.'s Motion to Dismiss [Docket No. 74] is GRANTED.

4. Charlotte Kokocinski's amended complaint [Docket No. 57] is DISMISSED with prejudice.

| March 30, 2015 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Thomas S. Schappa |
| (By) | Thomas S.Schappa, Deputy Clerk |