# UNITED STATES DISTRICT COURT
## District of Minnesota

CHARLOTTE KOKOCINSKI, *derivatively on behalf of Medtronic, Inc.*,

Plaintiff,

v.

ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, GARY ELLIS, RICHARD H. ANDERSON, DAVID CALHOUN, VICTOR J. DZAU, SHIRLY ANN JACKSON, JAMES T. LENEHAN, DENISE M. O'LEARY, KENDALL J. POWELL, ROBERT C. POZEN, JEANPIERRE ROSSO, JACK W. SCHULER, MICHAEL R. BONSIGNORE, GORDON M. SPRENGER, WILLIAM R. BRODY, OMAR ISHRAK, and MEDTRONIC, INC.,

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 12-cv-633 JRT/HB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Kokocinski's Motion for Relief from Judgment or, in the Alternative, to Amend Judgment [Docket No. 101] is **DENIED**.

Date: September 30, 2015

RICHARD D. SLETTEN, CLERK

s/Katie Thompson

(By) Katie Thompson, Deputy Clerk