# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3519

_____

Charlotte Kokocinski, derivatively on behalf of Medtronic, Inc.

Plaintiff - Appellant

v.

Arthur D. Collins, Jr.; William A. Hawkins; Gary Ellis; Richard H. Anderson; David L. Calhoun; Victor J. Dzau; Shirley Ann Jackson; James T. Lenehan; Denise M. O'Leary; Kendall J. Powell; Robert C. Pozen; Jean-Pierre Rosso; Jack W. Schuler; Michael R. Bonsignore; Gordon M. Sprenger; William R. Brody; Omar Ishrak; Medtronic, Inc.

Defendants - Appellees

Special Litigation Committee

Movant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-00633-JRT)

_____

**JUDGMENT**

Before GRUENDER, BEAM and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 01, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans